UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID CORDER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10 C 7516 |
| | ) | |
| v. | ) | Magistrate Judge Denlow |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## COMMISSIONER'S MOTION TO AFFIRM THE COMMISSIONER'S DECISION

Defendant, Michael J. Astrue, Commissioner of Social Security, by Patrick J. Fitzgerald,

United States Attorney for the Northern District of Illinois, moves pursuant to 42 U.S.C. § 405(g),

for judgment to be entered affirming the Commissioner's decision.

A memorandum in support is filed with this motion.

                         Respectfully submitted,

                         PATRICK J. FITZGERALD
                         United States Attorney

                         By: s/ Donald R. Lorenzen
                            DONALD R. LORENZEN
                            Assistant United States Attorney
                            219 South Dearborn Street
                            Chicago, Illinois  60604
                            (312) 353-5330
                            donald.lorenzen@usdoj.gov